[No. 64441-6-I.   Division One.   January 10, 2011.]

*In the Matter of the Marriage of* JANIE L. BLOCK, *Respondent*, and DENNIS L. BLOCK, *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 64727-0-I.   Division One.   January 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT A. AVILLA, *Appellant*.

*Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 64974-4-I.   Division One.   January 10, 2011.]

*In the Matter of* LESLIE W. HOOD.

IRENE M. HOOD ET AL., *Respondents*, v. WEYERHAEUSER COMPANY, *Appellant*.

*Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 65931-6-I.   Division One.   January 10, 2011.]

LAURA L. WILLIAMS, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

*Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Cox, JJ.